PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 24 PM 5: 05

THOMAS M. GOULD

U. S. A. vs. REGINALD HAYES        Docket No. 2:03CR20365-01_T
                                    W/D OF TN MEMPHIS

## Petition on Probation and Supervised Release

**COMES NOW** __Willie S. Williams, Jr.__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Reginald Hayes_, who was placed on supervision by the Honorable _J. Daniel Breen_ sitting in the Court at _Memphis, TN_, on the _22nd_ day of _June, 2004_, who fixed the period of supervision at _three (3) years*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall make full financial disclosure as requested by the Probation Officer.

2. The defendant shall not acquire any new financial obligations without the permission of the Probation Officer.

3. The defendant shall participate in substance abuse counseling/treatment as deemed appropriate by the Probation Office.

4. The defendant shall make restitution jointly and severally with Janice Hayes in the amount of $26,171.48.

\* **Effective date of Supervision: July 6, 2005.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

When originally sentenced, Mr. Hayes was ordered to pay restitution as directed by the Probation Office. An assessment of Mr. Hayes' financial condition was conducted, and it was determined that a payment plan requiring ten percent (10%) of his gross income would be appropriate.

**PRAYING THAT THE COURT WILL ORDER** that Reginald Hayes' restitution payments be set at ten percent (10%) of his monthly gross income.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 24th day of October, 2005, and ordered filed and made a part of the records in the above case.<br><br>U. S. District Judge J. Daniel Breen | Willie S. Williams, Jr.<br>Senior United States Probation Officer<br><br>Place: Memphis, Tennessee<br>Date: October 11, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:03-CR-20365 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Honorable J. Breen
US DISTRICT COURT